UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   ECF Case

HUBIE WRIGHT,

                        Plaintiff,

   -against-

GLEN ARBOR GOLF CLUB,

                       Defendant.
---------------------------------------------------------------X

**07 CIV. 9492**

**COMPLAINT**
**PLAINTIFF DEMANDS A JURY TRIAL**

**JUDGE KARAS**

Plaintiff, **HUBIE WRIGHT**, by his attorneys, **ROBERT DAVID GOODSTEIN, ESQ.**, complaining of the defendant, **GLEN ARBOR GOLF CLUB** (hereinafter "GLEN ARBOR"), alleges as follows:

    1.    This is an action for compensatory damages and punitive damages on behalf of plaintiff. This suit is authorized pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e et. seq.) and the New York State Human Rights Law (NYS Executive Law §290 et. seq.). Jurisdiction of this Court is invoked pursuant to 42 U.S.C. §2000e-5, 28 U.S.C. §§1331 and 1343, and under the principle of pendent jurisdiction. Jurisdiction of this Court is invoked to secure protection of, and redress deprivation of, plaintiff's rights secured by Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e et. seq.) Prohibiting retaliation against anyone who has opposed unlawful practices and/or filed a charge, testified, assisted or participated in any manner in an investigation, proceeding or hearing pursuant to Title VII and the New York State Executive Law §290 et. seq. (Human Rights Law), prohibiting discrimination in employment because of retaliation.

## PARTIES

2. Plaintiff, **HUBIE WRIGHT**, is an African-American male residing in the Bronx, New York. Plaintiff is an individual and, therefore, a "person" within the meaning of 42 U.S.C. §2000e(a).

3. Defendant, **GLEN ARBOR**, is an employer doing business pursuant to the laws of the State of New York with facilities located at 234 Bedford Center Road, Bedford, New York, 10507 in the County of Westchester.

4. Defendant is an "employer" as defined by 42 U.S.C. §2000e(b), since it is engaged in an industry affecting commerce, and since it had more than fifteen (15) employees for each working day in each of twenty (20) or more calendar weeks in the current or preceding calendar year.

5. Defendant is also an "employer" within the meaning of N.Y.S. Executive Law §292(5), since it had more than four (4) persons in its employ at all relevant times.

## FACTS

6. Plaintiff was a seasonal employee of Defendant commencing in 2003, working April through November.

7. After being laid-off at the end of the season in 2003, 2004, and Defendant contacted Plaintiff to return for the following season in 2004 and 2005.

8. Mr. Wright filed a Complaint with the New York State Division of Human Rights and the Equal Opportunity Employment Commission in August 2005. (A copy of this charge is annexed as **Exhibit "1"**).

9. In November 2005 it was withdrawn at his request. (A copy of this Memorandum of the EEOC confirming this withdraw is annexed as **Exhibit "2"**)

10. He was laid off as a seasonal employee in November 2005.

11. However, for the first time, he was not contacted by Glen Arbor Golf Club in April 2006 regarding returning to work. An advertisement was placed in the Journal News ti fill Mr. Wright's position.

12. However, Mr. Wright continued to wait expecting a telephone call from Glen Arbor Golf Club to return plaintiff to work in April 2006.

13. When plaintiff had not heard from defendant by June 2006, he telephoned the defendant inquiring about plaintiff's position and, at that time, plaintiff was told that no position was available for him.

14. Plaintiff, WRIGHT, filed a Charge of Discrimination with the Equal Employment Opportunity Commission (**Exhibit "3"**), and received a Notice of Right to Sue (**Exhibit "4"**). This action is brought within ninety (90) days of the issuance of said Notice of Right to Sue.

### AS AND FOR PLAINTIFF'S FEDERAL CAUSE OF ACTION

15. Defendant, GLEN ARBOR, engaged in an unlawful employment practice, by discriminating against plaintiff based on of reprisal, because plaintiff opposed an unlawful employment practice, and/or because plaintiff filed a charge, testified, assisted, or participated in any manner in an investigation, proceeding or hearing pursuant to Title VII, when defendant sanctioned, condoned and/or permitted plaintiff's termination and/or failure to recall, in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e et. seq.).

### AS AND FOR PLAINTIFF'S PENDENT STATE CAUSE OF ACTION

16. Defendant, GLEN ARBOR, engaged in unlawful discriminatory practices by discriminating against plaintiff by terminating plaintiff from employment and/or failing to recall plaintiff because of retaliation, in violation of N.Y.S. Executive Law §290 et. seq.

17. Plaintiff demands a jury trial on all claims.

**WHEREFORE**, plaintiff demands judgment against the defendant as follows:

<u>On Plaintiff's Title VII Federal Cause of Action</u>:

    i.    An award of compensatory and/or punitive damages, pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e <u>et. seq.</u>), in the amount of Three Hundred Thousand Dollars ($300,000.00);

    ii.    An award of back pay and lost benefits from April 2006, to date;

    iii.    An award of reasonable attorneys' fees, together with costs and disbursements of this action, pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e <u>et. seq.</u>); and

    iv.    Costs and interest from April 2006.

<u>On Plaintiff's Pendent State Cause of Action</u>:

    i.    An award of damages in the amount of Five Hundred Thousand Dollars ($500,000.00); and

    ii.    Costs and interest from April 2006.

DATED:    New Rochelle, New York
               October 22, 2007

Yours, etc.,

**ROBERT DAVID GOODSTEIN, ESQ.**

BY: _____
**ROBERT DAVID GOODSTEIN** (RDG5443)
Attorneys for Plaintiff
**HUBIE WRIGHT**
56 Harrison Street, Suite 401
New Rochelle, New York   10801
(914)632-8382

# Plaintiff's Documents
# Exhibit #1

STATE DIVISION OF HUMAN RIGHTS
STATE OF NEW YORK : EXECUTIVE DEPARTMENT

| | |
|---|---|
| STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>HUBIE WRIGHT<br>        Complainant<br>     v.<br><br>GLEN ARBOR GOLF CLUB<br>        Respondent | VERIFIED COMPLAINT Pursuant to Executive Law, Article 15<br><br>Case No.<br>**10107165** |

Federal Charge No. 16GA504571

  I, Hubie Wright, residing at 1075 Nelson Ave. Bronx, New York 10452 charge the above named respondent, whose address is 234 Bedford Center Rd., Bedford, NY, 10507 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of race/color.

  Date most recent or continuing discrimination took place is 8/8/2005.

  The particulars are:

  1. I am Black and because of this, I have been subjected to unlawful discriminatory actions.

  2. I was hired by the Respondent May 12, 2003 as a Locker Room Attendant. I quit my job sometime in 2004, because my Hispanic co-worker was taking our tips and sharing it with the manager, David Forster, Caucasian.

  3. I was called back to work in 2004 and I accepted the position. However, my hours were cut from seven to six.

  4. I believe that my hours were cut because the tips come in at the time I am scheduled to leave work. *2 pm*

  5. The Hispanic employees are given a day off during the weekend while I must work both weekend days. I only get one Sunday a month off.

  6. Mr. David Forster, Manager always seems to keep me off the schedule when there is an opportunity for me to make tips.

Complaint
SDHR Case No. 10107165
Hubie Wright v. Glen Arbor Golf Club

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of race/color, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

I have not commenced any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

_____
Hubie Wright

Complaint
SDHR Case No. 10107165
Hubie Wright v. Glen Arbor Golf Club

STATE OF NEW YORK )
                  ) SS:
COUNTY OF         )

Hubie Wright, being duly sworn, deposes and says: that he/she is the complainant herein; that he/she has read (or had read to him or her) the foregoing complaint and knows the content thereof; that the same is true of his/her own knowledge except as to the matters therein stated on information and belief; and that as to those matters, he/she believes the same to be true.

_____
Hubie Wright

Subscribed and sworn to
before me this 8th day
of Aug , 20 05.

_____
Signature of Notary Public

CARMEN QUINONES
Notary Public, State of New York
No. 01QU6071748
Qualified in Bronx County
Commission Expires March 25, 20 06

HUBIE L. WRIGHT.

Page 3 of 3

# Plaintiff's Documents
# Exhibit #2

**U.S. Equal Employment Opportunity Commission**
**New York District Office - 520**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

GLEN ARBOR GOLF CLUB
EEOC No: 16G-2005-04571
FEPA No: 10107165 - 1B

Hubie Wright
1075 Nelson Avenue, Apt. 2d
Bronx, NY 10452

Dear Sir/Madam:

Your charge of employment discrimination has been withdrawn in accordance with your request.

On Behalf of the Commission:

Feb 13, 2006
Date

Spencer H. Lewis, Jr.
Director

cc:

# Plaintiff's Documents
# Exhibit #3

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

Case 7:07-cv-09492-KMK    Document 1    Filed 10/24/2007    Page 12 of 14

☑ EEOC  Retaliation

_____ and EEOC
State or local Agency, if any

NAME (Indicate Mr., Ms., Mrs.): MR. Hukie WRIGHT
HOME TELEPHONE (Include Area Code): 718-588-2868
STREET ADDRESS: 1075 NELSON AVE
CITY, STATE AND ZIP CODE: BRONX N.Y 10452
DATE OF BIRTH: 6-2-50

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: Glen Arbor Golf Club
NUMBER OF EMPLOYEES, MEMBERS: 40
TELEPHONE (Include Area Code): 914-241-0700
STREET ADDRESS: 234 BEDFORD CENTER RD.
CITY, STATE AND ZIP CODE: BEDFORD HILLS N.Y.
COUNTY: WESTCHESTER

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST                LATEST
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I WAS TERMANATED IN, NOV 2005, AND WAS NOT TOLD UNTIL, JUNE OF 2006 WHEN I INQUIRE ABOUT COMEING BACK.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Hukie L. Wright
Date 7-18-06    Charging Party (Signature)

NOTARY — When necessary to meet State and Local Requirements
MINNA R. YELLIN
Notary Public, State of New York
No. 01YE5015305
Qualified in Kings County
Commission Expires 7/19/2009

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Hukie L. Wright

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 18 7 06

EEOC FORM 5 (REV. 3/01)

# Plaintiff's Documents
# Exhibit #4

## DISMISSAL AND NOTICE OF RIGHTS

To: **Mr. Hubie Wright**
**1075 Nelson Avenue**
**Apt. 2D**
**Bronx, NY 10452**

From: Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2006-02932** | **Joan Marchese** | (212) 336-3782 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statute(s).

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[x] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Spencer H. Lewis, Jr., District Director

8/15/07
*(Date Mailed)*

Enclosure(s)

cc: **Glen Arbor Golf Club**