Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

HUBIE WRIGHT,

                        Plaintiff,

    -against-

GLEN ARBOR GOLF CLUB,

                        Defendant.

-------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Index No.: 07-Civ-9492(KMK)(MDF)

### STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant shall have an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including December 7, 2007.

Dated: November 16, 2007      By: _____
                                                 Robert David Goodstein

Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York 10801
Attorneys for Plaintiff

JACKSON LEWIS LLP
One North Broadway, 15th Floor
White Plains, New York 10601
Attorneys for Defendant

Dated: November 19, 2007      By: _____
                                                   Joseph M. Martin

SO ORDERED

✓ Dated: November 20, 2007

                                                   _____
                                                 Kenneth M. Karas, U.S.D.J.