UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HUBIE WRIGHT,

                    Plaintiff,

-against-                        Case No.: 07-C...KMK)(MDF)SDNY

GLEN ARBOR GOLF CLUB,

                    Defendant.

------------------------------------------------------------x

[RECEIVED DEC 0 6 2007 USDC KMK MDF SDNY]

[USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____]

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      It is hereby STIPULATED AND AGREED, by and between the Parties hereto, Hubie Wright and GlenArbor Golf Club, LLC, sued herein as "Glen Arbor Golf Club", through counsel for Plaintiff and counsel for Defendant, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice to Plaintiff, and with no award of counsel fees or costs by the Court.

Dated: November 28, 2007          By: _____
                                                 Robert David Goodstein, Esq.
                                                 56 Harrison Street, Suite 401
                                                 New Rochelle, New York 10801
                                                 *Attorney for Plaintiff*

Dated: December 3, 2007          By: _____
                                                 Joseph M. Martin, Esq.
                                                 Michael A. Frankel, Esq.
                                                 Jackson Lewis LLP
                                                 One North Broadway, 15th Fl.
                                                 White Plains, New York 10601
                                                 *Attorneys for Defendant*

                             SO ORDERED:

Dated: December 6, 2007          _____
                                            Hon. Kenneth M. Karas
                                            United States District Judge